CELIA BOBER, Appellant, v. McDONNELL & CO., INC., Respondent. —

Concur — Markewich, J. P., Kupferman, Steuer, Tilzer and Eager, JJ.